

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2020

No. 04-20-00120-CV

**IN RE** Brandon **HJELLA**

Original Mandamus Proceeding[1]

### ORDER

Sitting:     Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice
             Beth Watkins, Justice

On February 24, 2020, relator filed a petition for writ of mandamus complaining of the trial court's award of $2,500.00 and $36,264.00 in interim attorney's fees to the real party in interest (the "RPI"). Because the trial court had previously rendered a partial summary judgment in favor of the RPI and held in abeyance the issue of contingent appellate attorney's fees, the RPI filed a motion asking this court to allow it to request a final judgment from the trial court that included an award of contingent appellate fees.

On April 13, 2020, the trial court signed a final judgment decreeing that the RPI recover from relator "judgment for the sum of $39,615.27 in . . . damages and costs, plus accrued prejudgment interest of $2,197.83, for a total of $41,813.10." The judgment states: "This Judgment finally disposes of all parties and all claims and is appealable." The judgment does not incorporate by reference or otherwise mention any award of interim attorney's fees.

Because it appears relator may now have obtained the relief he requested in his petition for writ of mandamus, relator is ORDERED to show cause in writing **no later than April 27, 2020** why this original proceeding should not be dismissed as moot. If relator does not timely respond, this original proceeding will be dismissed as moot.

It is so **ORDERED** on April 20, 2020.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018CI15792, styled *Red McCombs Motors, Ltd. v. Brandon Hjella*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

ATTESTED TO: <u>_Michael A. Cruz_</u>
Michael A. Cruz,
Clerk of Court

